IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ILA CHERIE SAUCIER                                                    PLAINTIFF

v.                                         CIVIL ACTION NO. 1:21-cv-00100-SA-DAS

MUELLER COPPER TUBE COMPANY, INC.                                    DEFENDANT


ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion

Aycock on June 17, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this

cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this

cause to another United States District Judge in the Northern District of Mississippi.

This, the 17th day of June, 2021.

                                           /s/ Sharion Aycock
                                           UNITED STATES DISTRICT JUDGE